1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5    STEVEN WAYNE BONILLA,          Case Nos.  23-cv-1282-PJH

6                Plaintiff,                    23-cv-1415-PJH
                                               23-cv-1416-PJH
7         v.                                   23-cv-1575-PJH
                                               23-cv-1576-PJH
8    JUDGE ELIA ORTEZ et. al.,                 23-cv-1577-PJH
                                               23-cv-1579-PJH
9                Defendants.                   23-cv-1580-PJH
                                               23-cv-1581-PJH
10                                             23-cv-1582-PJH
                                               23-cv-1625-PJH
11                                             23-cv-1627-PJH
12                                             23-cv-1667-PJH
                                               23-cv-1668-PJH
13                                             23-cv-1669-PJH
                                               23-cv-1670-PJH
14                                             23-cv-1671-PJH
15                                             23-cv-1673-PJH
                                               23-cv-1728-PJH
16                                             23-cv-1729-PJH
                                               23-cv-1730-PJH
17                                             23-cv-1731-PJH
                                               23-cv-1732-PJH
18

19

20

21

22

23                                   **ORDER DISMISSING MULTIPLE
                                     CASES WITH PREJUDICE**
24

25         Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

26   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

27   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

28

United States District Court
Northern District of California

1    YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*
2    *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3          Plaintiff presents nearly identical claims in these actions.  He names as
4    defendants various federal and state judges and county officials.  He seeks relief
5    regarding his underlying conviction or how his other cases were handled by the state and
6    federal courts.

7          To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,
8    he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is
9    "under imminent danger of serious physical injury" at the time he filed his complaint.  28
10   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case
11   No. 13-0951 CW.

12         The allegations in these complaints do not show that plaintiff was in imminent
13   danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an
14   IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512
15   U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*
16   *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,
17   828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with
18   prejudice.

19         Furthermore, these are not cases in which the undersigned judge's impartiality
20   might be reasonably questioned due to the repetitive and frivolous nature of the filings.
21   *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate
22   reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases
23   assigned to that judge).[1]

24
25
26
27   _____
     [1] Plaintiff names the undersigned as defendant in one of these cases, though presents no
28   specific allegations.  Case No. 23-cv-1577-PJH.  Plaintiff does not seek recusal, nor is
     recusal warranted in light of the frivolous nature of the case.

United States District Court
Northern District of California

1  The clerk shall terminate all pending motions and close these cases.  The clerk

2  shall return, without filing, any further documents plaintiff submits in these closed cases.

3  **IT IS SO ORDERED.**

4  Dated: April 14, 2023

5

6                                                      /s/ Phyllis J. Hamilton

7                                                    PHYLLIS J. HAMILTON
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28